# United States Court of Appeals
## *For the First Circuit*

CHAMBERS OF  
JEFFREY R. HOWARD  
CHIEF JUDGE

55 PLEASANT STREET  
CONCORD, NEW HAMPSHIRE 03301  
(603) 225-1525

February 10, 2021

Robert Farrell, Clerk  
United States District Court  
John Joseph Moakley U.S. Courthouse  
1 Courthouse Way, Suite 2300  
Boston, MA 02210

    Re:    *United States v. Alfred Trenkler*, Case No. 92-cr-10369-2 (D.MA.)

Dear Rob:

    Enclosed please find a designation in the above-captioned matter for Judge William E. Smith, of the United States District Court for the District of Rhode Island, to sit with the United States District Court for the District of Massachusetts, beginning February 10, 2021, until the case has been concluded, and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

                                                    Very truly yours,

                                                    Jeffrey R. Howard  
                                                    Chief Circuit Judge

Enclosure

cc:    Honorable F. Dennis Saylor IV  
        Honorable John J. McConnell, Jr.  
        Honorable William E. Smith  
        Nora Tyer-Witek

## DESIGNATION OF DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

---

WHEREAS, in my judgment the public interest so requires; Now, therefore, pursuant to the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable William E. Smith, United States District Judge for the District of Rhode Island, to sit upon the United States District Court for the District of Massachusetts to preside over the case of <u>United States v. Alfred Trenkler</u>, Case No. 92-cr-10369-2, until the case has been concluded, and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

*/s/ Jeffrey R. Howard*
Chief Judge

Dated: February 10, 2021
First Circuit